IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. CARPENTER,                  : | CIVIL ACTION |
| Plaintiff,    : | |
| : | |
| v.                                   : | No. 10-0734 |
| : | |
| SHU-BEE'S, INC. and STEVE STONE,     : | |
| Defendants.   : | |

# ORDER

**AND NOW**, this   5th   day of July, 2012, upon consideration of Defendants' Motion for Summary Judgment (Dkt No. 54) filed February 10, 2012; upon consideration of Plaintiff's Response (Docket No. 71) filed March 2, 2012; upon consideration of Plaintiff's Motion to Strike the Motion for Summary Judgment (Dkt. No. 73) filed March 2, 2012; and upon consideration of Defendants' Opposition to the Motion to Strike (Dkt. No. 73) filed March 12, 2012, and for the reasons stated in the accompanying Memorandum,

**IT IS ORDERED** that Plaintiff's Motion to Strike is **DENIED**;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**, and

**IT IS ORDERED** that Count VII of the Complaint is **DISMISSED**.

BY THE COURT:

 /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge