IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. CARPENTER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-0734 |
| | : | |
| SHU-BEE'S, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of July, 2012, upon consideration of briefing on motions in limine, in Proposed Jury Instructions, and in Exhibit J to Defendant's Pretrial Memorandum whether the Restatement (Second) or Restatement (Third) applies to Plaintiff's strict liability claims, and for the reasons in the accompanying Memorandum,

**IT IS ORDERED** that the law of the Restatement (Second) applies to Plaintiff's strict liability claims.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge

.